September 19, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

MERRY HOMES, INC., Appellant

NO. 14-16-00724-CV            V.

LUC DAO, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, Luc Dao, signed, June 2, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant, Merry Homes, Inc., to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.